UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JEFFREY DES JARDINS,

                      Plaintiff,

v.

AVERGENT, LLC,

                      Defendant.

Case No.: 1:26-cv-309

## COMPLAINT

NOW COMES the Plaintiff, Jeffrey Des Jardins, by his attorneys, Wallace Law, Inc., and states as follows:

### PARTIES

1. Plaintiff Jeffrey Des Jardins (hereinafter "Plaintiff") is an adult resident of the State of Wisconsin currently residing at 2738 Summerset Circle, Suamico, WI 54173.

2. Defendant Avergent, LLC (hereinafter "Defendant") is a company incorporated in the State of Wisconsin with a principal office located at 1400 Lombardi Avenue, Suite 201, Green Bay, WI 54304, and has a registered agent for service of process listed as Drew Leatherberry of the same address.

### JURISDICTION

3. The jurisdiction of this Court is invoked under 28 U.S.C. § 1331, conferring jurisdiction upon this Court over all civil actions arising out of the laws of the United States. This controversy arises under 29 U.S.C. § 1001 et seq. ("ERISA").

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2) because the underlying claim for health insurance benefits giving rise to this action occurred in Brown County, Wisconsin.

## GENERAL ALLEGATIONS

5. At all relevant times, Defendant issued an employee health plan (the "Plan") to Plaintiff, providing insurance coverage for medical expenses consistent with the terms, conditions, and law

6. On October 14, 2024, Plaintiff drove himself to the Green Bay ER and Hospital in Bellevue, WI for a medical emergency.

7. Medical personnel at Green Bay ER determined that Plaintiff required transfer to Bellin Memorial Hospital for appropriate care.

8. Green Bay ER personnel did not permit Plaintiff to transport himself to Bellin Memorial Hospital and instead required that he be transported by ambulance.

9. Plaintiff was transported by Superior Ambulance Service to Bellin Memorial Hospital for emergency treatment.

10. Plaintiff subsequently submitted claims for the emergency services, including the ambulance transport.

11. Allied Benefit Systems, acting as the Third Party Administrator of the Plan, denied coverage for the ambulance transport, asserting that Superior Ambulance Service was out of network for the Plan.

12. Plaintiff contends that the denial is improper because the Plan provides that emergency ambulance transport is covered at the "Participating Provider"

benefit level regardless of network status.

## FIRST CAUSE OF ACTION – WRONGFUL DENIAL OF BENEFITS

13. Plaintiff incorporates herein, as if fully set forth, the above paragraphs.

14. The Plan is an employee benefit plan governed by ERISA. See 29 U.S.C. § 1002(3).

15. The Plan provides coverage for Plaintiff's above-mentioned emergency ambulance transport.

16. By virtue of the terms of the Plan, and in accordance with the Plan's terms, conditions and law, Defendant is obligated to cover the ambulance bill.

17. Pursuant to 29 U.S.C. § 1132(a)(I)(B), a civil action may be brought to recover benefits due and owing under the terms of an ERISA plan, such as the one at issue in this matter.

18. The denial of insurance benefits for the emergency ambulance transport is arbitrary and capricious based upon the language of the Plan and the medical records in the administrative file.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

A. For compensatory damages, including prejudgment interest, arising out of Defendant's wrongful denial of benefits;
B. For litigation and investigation costs, including attorney fees; and
C. For all other relief this Court deems just and proper, including the costs and disbursements of this proceeding.

## PLAINTIFF DEMANDS A TRIAL BY A JURY OF 12 PERSONS

Dated this 24th day of February, 2026.

                                          By: */s/ Electronically signed by Justin F. Wallace*
                                                   Justin F. Wallace
                                                   State Bar No.: 1069331
                                                 Attorneys for Plaintiff Jeffrey Des Jardins
                                                 WALLACE LAW, INC.
                                                 1414 N. Taylor Drive, Suite 200
                                                 Sheboygan, WI 53081
                                                 Telephone: (920) 276-8320
                                                 Justin@WallaceInsuranceLaw.com